DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICKY PIERCE,**
Appellant,

v.

**WANDA SIMPSON,** as Personal Representative of the
**ESTATE OF VERNELIA LAMB BROWN,**
Appellee.

No. 4D18-153

[August 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE16007270(18).

Ricky Pierce, Fort Lauderdale, pro se.

Jerome R. Schechter of Jerome R. Schechter, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***